International Railway Company, Appellant, v. Town of Cheektowaga, Respondent, and American Surety Company of New York, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with

ten dollars costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.